IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **Crim. No. 1:09-cr-388**
:
**v.** :
:
**STEVEN C. BROWN** : **Judge Sylvia H. Rambo**

# **O R D E R**

AND NOW, this 14th day of March, 2018, **IT IS HEREBY ORDERED** that the motion filed pursuant to 28 U.S.C. § 2255 is **DENIED**. The court declines to issue a certificate of appealability for the reasons set forth in the accompanying memorandum.

                                          s/Sylvia H. Rambo
                                          SYLVIA H. RAMBO
                                          United States District Judge